IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Belcher, Mark A  
Hinton-Belcher, Benita L  
Printed: 01/22/09

Case Number: 08 B 30499  
Judge: Wedoff, Eugene R  
Filed: 11/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 35,620.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 20,837.40 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 403.95 | 0.00 |
| 6. | Advanced Pain & Anesthesia | Unsecured | 221.15 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 772.33 | 0.00 |
| 8. | Med 102 Foot Ankle Care LTD | Unsecured | 2,310.17 | 0.00 |
| 9. | LVNV Funding | Unsecured | 420.66 | 0.00 |
| 10. | B-Real LLC | Unsecured | 701.67 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 3,172.54 | 0.00 |
| 12. | PLS Payday Loan Store | Unsecured | 973.33 | 0.00 |
| 13. | Chase Home Finance | Secured | | No Claim Filed |
| 14. | Advance America | Unsecured | | No Claim Filed |
| 15. | Aspen | Unsecured | | No Claim Filed |
| 16. | Chase | Unsecured | | No Claim Filed |
| 17. | Affinity Cash Loans | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | American Express | Unsecured | | No Claim Filed |
| 20. | Archdiocese Of Chicago | Unsecured | | No Claim Filed |
| 21. | St James Radiologists | Unsecured | | No Claim Filed |
| 22. | AT&T Wireless | Unsecured | | No Claim Filed |
| 23. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 24. | Asset Acceptance | Unsecured | | No Claim Filed |
| 25. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 26. | City of Country Club Hills | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Belcher, Mark A | Case Number: 08 B 30499 |
|---|---|---|
| | Hinton-Belcher, Benita L | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 11/8/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | GE Money Bank | Unsecured | | No Claim Filed |
| 28. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 29. | Harris Connect | Unsecured | | No Claim Filed |
| 30. | Medlink Healthcare Net | Unsecured | | No Claim Filed |
| 31. | Elite Spine Sport Rehab | Unsecured | | No Claim Filed |
| 32. | National City Bank | Unsecured | | No Claim Filed |
| 33. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | Village of Hazel Crest | Unsecured | | No Claim Filed |
| 36. | Progressive Insurance Co | Unsecured | | No Claim Filed |
| 37. | SBC | Unsecured | | No Claim Filed |
| 38. | Levitz Furniture | Unsecured | | No Claim Filed |
| 39. | Salute Visa | Unsecured | | No Claim Filed |
| 40. | T Mobile USA | Unsecured | | No Claim Filed |
| 41. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| | | | $ 65,433.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

